

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00181-CV

HUONG GILMER, Appellant

v.

MOORE FARM OWNERS ASSOCIATION, INC., Appellee

§  On Appeal from the 431st District Court

§  of Denton County (21-4434-431)

§  December 28, 2023

§  Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Huong Gilmer shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
       Justice Brian Walker